*AUSA Assigned: PJC*

*Re: Criminal Complaint for Jaydin LEDFORD alleging violations of 18 U.S.C. § 875(c)*

## AFFIDAVIT

STATE OF WASHINGTON  )
                     ) ss
County of Okanogan   )

I, Marjoe Jennings, being duly sworn, do hereby depose and state:

### I. INTRODUCTION AND AGENT BACKGROUND

1) I was hired as a Special Agent with the Federal Bureau of Investigation ("FBI") in April 2010 and was assigned to the Phoenix Arizona Field Office, Sierra Vista Resident Agency ("SVRA"). While assigned to the SVRA, I worked a variety of violations and participated in White Collar, Violent Crimes, Organized Crime Drug Enforcement Task Force (OCDETF) Cases, Public Corruption and Counterterrorism investigations. During this time, I participated in investigations, resulting in the issuance of search warrants and the arrest and subsequent convictions of individuals. In November 2014, I was assigned to Spokane Safe Street Task Force. My duties as a member of this task force include the investigation of all violations of Federal law and related criminal activities, including but not limited, to drug offenses as contained within 21 U.S.C. *et. seq*.

2) In March 2016, I was assigned to the Inland Northwest Joint Terrorism Task Force (INJTTF) working on Domestic and International Terrorism investigations as an investigator or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am empowered by law to conduct investigations and to make arrests for federal felony offenses.

3) Additionally, I have participated in criminal investigations involving computer related crimes. This participation includes acting as the case agent and assisting other law enforcement officers. Through this participation, I have gained an understanding of the widespread use of digital media and the internet in its role in both terrorism and drug related crimes.

4) I am familiar with federal laws concerning interstate communications containing threats, specifically 18 U.S.C. § 875(c), which states:

> [W]hoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both.

18 U.S.C. § 875(c).

## II. PURPOSE OF AFFIDAVIT

5) The information set forth in this affidavit is not intended to detail each and every circumstance of the investigation or all information known to me or other investigative participants. Rather, this affidavit serves to document, corroborate, and illustrate the facts and circumstances necessary to establish probable cause exists that Jaydin LEDFORD has violated the provisions of 18 U.S.C. § 875(c).

6) The facts and opinions set forth in this affidavit have been derived from the above described training and experience, as well as my personal participation in this investigation, and from information provided to me by agents and/or officers from other federal, state, and local law enforcement agencies.

## III. STATEMENT OF PROBABLE CAUSE

7) On February 04, 2019, I became aware of threatening Facebook postings made under the account of Jaydin LEDFORD (Embrace Death)

100006473351367. After I received the notice of threatening Facebook postings and determining it to be a public Facebook profile, I viewed the aforementioned Facebook profile. While viewing the profile I noticed many posting on the page. Among those posting were several threatening postings including the following:

    a.    February 01, 2019 at 5:22 PM: "Ozzie Knezovich is gonna get a bullet in his skull.";

    b.    February 01, 2019 at 7:07 PM: "i'm ready to die";

    c.    February 02, 2019 at 6:01 PM: "I1639 is law. sheriffs that are non compliant will be shot. by me.";

    d.    February 03, 2019 at 10:11 PM: "how is Mark Janus still alive? he lives in Illinois. Execute him." Then in comments on the same posting Ledford writes: "fuck all I'll do it myself." Ledford continues: "i bet his brain tatstes deliciousss" and "low fat too lean scab brains mmmmm"; and

    e.    February 04, 2019, at 11:11 AM: Ledford shared a post that linked to an article stating "Trump Busts Another Federal Union" in response to the article Ledford posted: "I am gonna shoot this motherfucker in the head."

8) In my initial investigation, I determined that LEDFORD is a 23 year old white male. I also subsequently learned from LEDFORD that he was formerly employed by Okanogan Behavioral Health.

9) On February 6, 2019, at approximately 8:11 AM hours (PST), I issued an 18 U.S.C. § 2703(d) Court Order to Facebook for the account Jaydin LEDFORD (Embrace Death) Account number: XXXXXXXXXX51367.

10) On February 13, 2019 at approximately 1:32 PM hours (PST), I received a response from Facebook indicating the user at the times of the threatening messages was using a specific IP address ending in ".187". In addition the account was registered to Jaydin LEDFORD, with a specific email address at

Gmail.com and another specific email address at Facebook.com, along with two specific telephone numbers. The account also registered a credit card ending in 8843. I conducted an open source search for the specific IP address ending in ".187" which indicated the IP address belonged to Highland Internet Services, Oroville, Washington.

    11)    On February 13, 2019 at approximately 3:41 PM hours (PST), I received information from Highland Internet Services stating that the subscriber of the services came back to Jaydin LEDFORD, at a specific apartment in Omak, Washington (hereinafter "LEDFORD's Apartment"). The information also provided a billing address at a specific P.O. Box and a corresponding specific telephone number. Highland Internet Services also provided the credit card number listed on file as the same credit card number associated with LEDFORD's Facebook account ending in 8843. The telephone number on the account also matched the number provided by Facebook for LEDFORD.

    12)    On February 14, 2019, I viewed computer data base checks on LEDFORD and all possible occupants of LEDFORD's Apartment in Omak, Washington through the Accurint database system. Accurint is an Internet based public records search program that provides a National Comprehensive Report on individuals based on information available through public records. According to Accurint, LEDFORD's current residence is LEDFORD's Apartment in Omak, Washington.

    13)    On February 14, 2019, I conducted a computer data base check of LEDFORD's Apartment in Omak, Washington via the Okanogan Tax Assessor's website and discovered that it has been assigned a specific parcel number and that the listed owner is a different individual from LEDFORD.

14) On February 14, 2019, I conducted criminal history checks through the indices of the National Crime Information Center (NCIC). No criminal history was discovered on LEDFORD.

15) On February 14, 2019, at approximately 3:20 p.m. (PST), Task Force Office ("TFO") James Collins, traveled to Omak, Washington and spoke with Omak Detective Marcos Ruiz. I learned from TFO Collins that Detective Ruiz spoke to the owner of the apartment complex in Omak, Washington that includes LEDFORD's Apartment, who informed Detective Ruiz that LEDFORD is the sole leasee of LEDFORD's Apartment in Omak, Washington. In addition, I learned from TFO Collins, that Detective Ruiz and other law enforcement officers have been doing surveillance of the location and have not seen any activity at the location. I learned from TFO Collins that while parked on a public street next to LEDFORD's Apartment in Omak, Washington, he scanned for wireless networks and identified numerous networks. TFO Collins informed me that all of the networks were secured, meaning that users would need to enter a password to access the network.

16) Multiple sources of information, as outlined above, indicate that Jaydin Ledford currently resides LEDFORD's Apartment in Omak, Washington and resided at the residence on the dates that threatening Facebook messages were sent from the specific IP address ending in ".187" and resolved back to LEDFORD at LEDFORD's Apartment in Omak, Washington.

17) I also conducted open source searches and confirmed Facebook Inc. has data servers in several states and the information posted on LEDFORD's Facebook account would travel across state lines. Couple that with the fact LEDFORD posts were public and viewable by anyone in the world, any information placed onto Facebook would fall under the Interstate Communication Act.

18) On February 20, 2019, I and other law enforcement officers executed a search warrant at LEDFORD's Apartment in Omak, Washington. The search warrant was granted on February 15, 2019 by United States Magistrate Judge John T. Rodgers. Upon executing the search warrant, law enforcement officers seized computers, electronics, and LEDFORD's cell phone. A forensic examination of these items is pending.

19) On February 20, 2019, myself, TFO Shane McClary of the INJTTF, and a Special Agent from the United States Secret Service, conducted an interview of LEDFORD at the Okanogan Sheriff's Office. LEDFORD was advised of his *Miranda* warnings and indicated that he was willing to speak with us. During this conversation LEDFORD made the following statements:

   a. that he does intend to kill Sheriff Ozzie Knezovich, or words to that effect;

   b. that he [Sheriff Knezovich] should be in fear, or words to that effect; and

   c. that he does want to eat Mark Janus's brains, or words to that effect; and,

   d. that he wants to hurt cops, or words to that effect.

20) During this interview, LEDFORD also confirmed that the previously noted statements on LEDFORD's Facebook account were made by him using his Facebook Account Jaydin Ledford (Embrace Death).

## IV. CONCLUSION

21) Based upon the information above and your affiant's knowledge and experience, your affiant respectfully requests the Court find probable cause has been shown to believe that Jaydin LEDFORD made at least one threat on or about

February 1, 2019 continuing to at least on or about February 2, 2019 through interstate communications, in violation of 18 U.S.C. § 875(c).

_____
Marjoe Jennings
Special Agent, FBI

Subscribed and sworn before me this 21st day of February 2019.

_____
The Honorable John T. Rodgers
United States Magistrate Judge