Joseph H. Harrington
United States Attorney
Eastern District of Washington
Patrick J. Cashman
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 5 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:19-CR-49-RMP |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. § 2261A<br>Cyberstalking<br>(Count 1) |
| JAYDIN LEDFORD, | |
| Defendant. | 18 U.S.C. § 875(c)<br>Threats in Interstate<br>Communications<br>(Counts 2 - 3) |

The Grand Jury charges:

COUNT 1

On or about February 1, 2019, in the Eastern District of Washington, the Defendant, JAYDIN LEDFORD, with the intent to kill, injure, harass, and intimidate a person in the State of Washington, to wit: O.K., used facilities of interstate or foreign commerce, including electronic mail and internet websites, to engage in a course of conduct that placed O.K. in reasonable fear of death or serious bodily injury, in violation of 18 U.S.C. § 2261A.

INDICTMENT – 1

## COUNT 2

On or about February 1, 2019, in the Eastern District of Washington, the Defendant, JAYDIN LEDFORD, knowingly and willfully did transmit in interstate and foreign commerce, a threat to injure the person of another, to wit: the Defendant stated, "[O.K.] is going to get a bullet in his skull," or words to that effect, in violation of 18 U.S.C. § 875(c).

## COUNT 3

On or about February 2, 2019, in the Eastern District of Washington, the Defendant, JAYDIN LEDFORD, knowingly and willfully did transmit in interstate and foreign commerce, a threat to injure the person of another, to wit: the Defendant stated "I1639 is law. Sheriffs that are non complaint will be shot. By me," or words to that effect, in violation of 18 U.S.C. § 875(c).

DATED this 5 day of March, 2019.

A TRUE BILL

_____
Foreperson

_/s/ Joseph H. Harrington_
Joseph H. Harrington
United States Attorney

_/s/ Patrick J. Cashman_
Patrick J. Cashman
Assistant U.S. Attorney

INDICTMENT – 2