# PENALTY SLIP

DEFENDANT NAME: **JAYDIN LEDFORD**

TOTAL NO. COUNTS: 3

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 5 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**VIO: 18 U.S.C. § 2261A**
   **Cyberstalking (Count 1)**

PENALTY: not more than 5 years;
   and/or $250,000 fine;
   3 years supervised release;
   a $100 special penalty assessment

**VIO: 18 U.S.C. § 875(c)**
   **Threats in Interstate Communications (Counts 2 and 3)**

PENALTY: not more than 5 years;
   and/or $250,000 fine;
   3 years supervised release;
   a $100 special penalty assessment

CASE NO.   2:19-CR-49-RMP-1

AUSA INITIAL   PJC

Penalty slip.dotm