# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
### Spokane

**USA v. JAYDIN LEDFORD**               Case No.   **2:19-CR-0049-RMP-1**

**Arraignment on Indictment:**                              03/06/2019

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Patrick Cashman, US Atty |
| ☒ | Stephanie Cherney, US Probation / Pretrial Services Officer | ☒ | Lorinda Youngcourt, Defense Atty |
| ☒ | Defendant present ☒ in custody USM | ☒ | Interpreter - **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | Rights given | ☒ | Defendant continued detained |
| ☒ | Acknowledgment of Rights filed | ☐ | Conditions of release as previously imposed |
| ☒ | Defendant received copy of Indictment | | |
| ☒ | Defendant waived reading of Indictment | | |
| ☐ | Indictment read in open court | | |

## REMARKS

Defendant appeared with counsel and was advised of his rights and the allegations contained in the Indictment.

The Defendant acknowledged to the Court that his true and correct name is: JAYDIN LEDFORD.

"Not guilty" plea entered.

Counsel has been appointed to represent Defendant and that appointment shall continue.

Detention previously addressed and issue does not need to be revisited at this time.

**The Court ordered:**
1. Matters involving detention have been previously heard and determined. Issue of detention not before the Court. Pre-existing Order of Detention will remain in full force.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.