FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:19-CR-00049-RMP-1 |
|---|---|
| Plaintiff, | ORDER FOLLOWING ARRAIGNMENT |
| v. | |
| JAYDIN LEDFORD, | |
| Defendant. | |

At Defendant's March 6, 2019, arraignment based on an Indictment, Defendant appeared, in custody, with Assistant Federal Defender Lorinda Youngcourt. Assistant U.S. Attorney Patrick Cashman represented the United States.

Defendant was advised of, and acknowledged, his rights. **IT IS ORDERED** on his plea of not-guilty, Defendant is bound over to the United States District Court for trial.

Defendant shall be detained in the custody of the United States Marshal until further order of the court.

**IT IS SO ORDERED.**

DATED March 6, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1