Joseph H. Harrington
United States Attorney
Eastern District of Washington
Patrick J. Cashman
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JAYDIN H.W. LEDFORD,<br><br>                    Defendant. | 2:19-CR-00049-RMP<br><br>Joint Status Report |

    Plaintiff, United States of America, by and through Joseph H. Harrington, United States Attorney for the Eastern District of Washington, and Patrick J. Cashman, Assistant United States Attorney for the Eastern District of Washington, and Andrea George and Lorinda Youngcourt, counsel for the Defendant Jayden H.W. Ledford, hereby submits the following Joint Status Report pursuant to this Court's Pretrial Order. (ECF No. 25).

    On March 27, 2019, counsel for all parties in this case conferred regarding the status of discovery. The United States provided approximately one hundred thirty-three (133) pages of discovery on March 13, 2019 via the USAFX discovery cloud. On March 14, 2019, the United States provided copies of the interview of the Defendant and the victim in this case. The United States also provided on March 14, 2019, approximately sixty-four (64) photographs. The Unites States also

Joint Status Report - 1

anticipates securing the content of the Defendant's Facebook account. The United States will promptly disclose to the defense any additional discovery received.

Dated: March 28, 2019.

                                Joseph H. Harrington
                                United States Attorney

                                <u>s/ Patrick J. Cashman</u>
                                Patrick J. Cashman
                                Assistant United States Attorney

1

**CERTIFICATE OF SERVICE**

2

3
I hereby certify that on March 28, 2019, I electronically filed the foregoing with

4
the Clerk of the Court using the CM/ECF system which will send notification of such

5
filing to the following:

6

7
    Andrea K George:  andrea_george@fd.org
    Lorinda Youngcourt:  lorinda_youngcourt@fd.org

8

9

10
                      s/Patrick J. Cashman

11
                      Patrick J. Cashman
                      Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Status Report - 3