Andrea K. George
Federal Defenders of Eastern Washington and Idaho
10 N Post Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for the Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable ROSANNA M. PETERSON

| | |
|---|---|
| United States of America, | No. 2:19-CR-49-RMP |
| Plaintiff, | |
| v. | Motion for Release |
| Jaydin Ledford, | April 5, 2019 at 6:30 p.m.<br>Without oral argument |
| Defendant. | |

Jaydin Ledford moves this Court for his release. He has both a mental health and housing plan. He will obtain mental health support at the Okanogan Behavioral Healthcare System in Omak, Washington. If released prior to May 1, he will maintain his housing voucher through the Housing Authority of Okanogan County, also in Omak.

Erik Hendrikson, MSW, social worker with the Federal Defenders will work with both agencies to coordinate Mr. Ledford's support system and continuation of care.

**Mental Health Treatment –** on April 2, 2019, Mr. Hendrikson spoke with Human Resource Director Jessica Blake at Okanogan Behavior Healthcare (OBH). She is

Motion for Release

1

very familiar with his case and their team is very committed to his success. They are eager to get him involved with services and programming.

**Housing Services –** on March 29, 2019, Mr. Hendrikson spoke with Executive director Nancy Nash-Mendez, of the Housing Authority of Okanogan County. He has a housing voucher and housing. However, if he is not physically moved back into his unit or does not voluntary surrender his housing voucher (a formal "in-person" process) he will be faced with an eviction and will be ineligible for housing assistance for no less than 36 months. Like Ms. Blake, Ms. Nash-Mendez is very familiar with Mr. Ledford's case, is very supportive and is willing to do all that they can to help him.

**Other Special Conditions –** GPS monitoring and no internet access.

AUSA Patrick Cashman is considering this motion. Counsel left a message for P.O. Cassie Lerch.

Dated:   April 04, 2019

Respectfully Submitted,

S/Andrea K. George
Andrea K. George, MN 202125
Attorneys for Ledford
Federal Defenders of
Eastern Washington and Idaho
10 N Post Suite 700
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539

Motion for Release

2

Email: Andrea_George@fd.org

Motion for Release

3

# CERTIFICATE OF SERVICE

I hereby certify that on April 04, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Patrick Cashman, Assistant United States Attorney.

<u>S/Andrea K. George</u>
Andrea K. George, MN 202125
Attorneys for Ledford
Federal Defenders of
Eastern Washington and Idaho
10 N Post Suite 700
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email: Andrea_George@fd.org

Motion for Release