Joseph H. Harrington
United States Attorney
Eastern District of Washington
Patrick J. Cashman
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 2:19-CR-0049-RMP-1 |
| v. | Motion to Stay Order of Release |
| JAYDIN LEDFORD, | Without Oral Argument |
| Defendant. | April 15, 2019, at 6:30 p.m. |

Plaintiff, United States of America, by and through Joseph H. Harrington, United States Attorney, for the Eastern District of Washington, and Patrick J. Cashman, Assistant United States Attorney for the Eastern District of Washington, hereby moves the Court for an order staying Magistrate's Order of Release, filed April 15, 2019 (ECF No. 30)[1].

This Motion is based upon the files and records herein and the annexed declaration of AUSA Patrick J. Cashman.

Dated: April 15, 2019.

Joseph H. Harrington
United States Attorney

*s/ Patrick J. Cashman*
Patrick J. Cashman
Assistant United States Attorney

---

[1] At the time of this filing an Order of Release had not been filed. ECF No. 30 is the Magistrate Judge's Minute Entry which details the Magistrate Judge's order of release.

Motion to Stay Order of Release - 1

I hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

1. On April 15, 2019 a detention hearing was held in the above entitled matter before the Honorable Magistrate John T. Rodgers.

2. Magistrate Judge Rodgers ruled in favor of the release of the Defendant, on certain conditions.

3. The United States has now filed a motion for review of Magistrate Judge Rodgers's Order Denying Government's Motion for Detention and Setting Conditions of Release and has requested an expedited hearing on this matter.

4. The hearing is scheduled for, April 15, 2019, at 10:00 a.m., before Judge Rosanna M. Peterson.

5. The United States contacted Andrea George, counsel for the Defendant, and she opposes the motion.

I hereby declare under penalty of perjury, that the foregoing is true and correct.

Executed this 15th day of April, 2019, at Spokane, Washington.

*s/ Patrick J. Cashman*
Patrick J. Cashman
Assistant United States Attorney

Motion to Stay Order of Release  -  2

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrea George
Federal Defenders of Eastern Washington and Idaho

                                      *s/ Patrick J. Cashman*
                                      Patrick J. Cashman
                                      Assistant United States Attorney

Motion to Stay Order of Release  −  3