# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>-vs-<br><br>JAYDIN LEDFORD,<br><br>                    Defendant. | Case No.    2:19-CR-049-RMP<br><br>CRIMINAL MINUTES<br><br>DATE:    APRIL 16, 2019<br><br>MOTION TO REVIEW MAGISTRATE RULING HEARING |

**HON. ROSANNA MALOUF-PETERSON**

| Michelle Fox | 02 | Ronelle Corbey |
|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Patrick Cashman | | Andrea George |
| **Government Counsel** | | **Defense Counsel** |

**United States Probation Officer:**   Tommy Rosser and Shawn Kennicutt

[ X ] Open Court          [  ] Chambers          [  ] Telecon

Defendant present and in custody of U.S. Marshal.

Motion to Review Magistrate Ruling, ECF No. 34

P. Cashman presents argument on Motion.
    Court questions counsel.
    P. Cashman continues argument.
    Court questions counsel.
    P. Cashman continues argument.
    Court questions counsel.
    P. Cashman continues argument.

A. George presents argument on Motion.
    Court questions counsel.
    A. George continues argument.

**Court addresses the defendant.  Court rules.  Court will issue an Order.  DENY Motion for Detention.  Affirming Judge Rodgers' Order.  Reinstate all previous conditions. Defendant will be released tomorrow at 8:30 am to a Federal Defender employee.**

**[ X ]   ORDER FORTHCOMING**

| CONVENED:  1:00 P.M. | ADJOURNED: 1:35 P.M. | TIME:   35 MIN. | CALENDARED    [ X ] |
|---|---|---|---|