# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>  -vs-<br><br>JAYDIN LEDFORD,<br>  aka Jaydin Harvey Wesley Ledford,<br>                              Defendant. | Case No.        2:19-CR-0049-RMP<br><br>**CRIMINAL MINUTES**<br><br>DATE:        OCTOBER 1, 2019<br><br>LOCATION:   SPOKANE<br><br>**PRETRIAL CONFERENCE** |

| HON. ROSANNA MALOUF-PETERSON | | |
|---|---|---|
| Linda Hansen | 02 | Ronelle Corbey |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Patrick J Cashman | | Andrea K George |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:** | | |

[ X ]  **Open Court**          [  ]  **Chambers**          [  ]  **Telecon**

Defendant present with counsel and **not** in custody.

Andrea George made an oral motion to continue the trial date.

Patrick Cashman addressed the Court regarding the status of discovery.
Ms. George addressed the Court in response.

The defendant executed a waiver of speedy trial.

The Court GRANTED the defendant's motion for continuance, making ends of justice findings.
    The Trial of 10/15/2019 is STRICKEN and RESET to 3/2/2020.
    A Pretrial Conference will be set for 2/13/2020 at 10:00 a.m.

Defendant shall remain on the previously imposed conditions of release.

**[ X ]  ORDER FORTHCOMING**

| CONVENED: 10:31 A.M. | ADJOURNED: 10:43 A.M. | TIME: 12 MINS | CALENDARED  [  ] |
|---|---|---|---|