UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 22, 2019

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Ledford, Jaydin | Docket No. | 0980 2:19CR00049-RMP-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

      COMES NOW Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jaydin Ledford, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on April 15, 2019, under the following conditions:

**Condition 31:** Defendant is not to access the Internet in any form.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** On November 5, 2019, Mr. Ledford informed a U.S. probation officer that he obtained a smart phone which could access the Internet. The U.S. probation officer reviewed and informed Mr. Ledford that his release conditions, specifically number 31, prohibit him from accessing the Internet in any manner, and that he should return the phone. Mr. Ledford acknowledged an understanding and stated he would return the phone.

On November 19, 2019, the undersigned officer and another U.S. probation officer contacted Mr. Ledford at his residence. On that date, it was ascertained that Mr. Ledford was still in possession of the aforementioned smart phone and that he admitted to accessing the Internet on this device on multiple occasions, which is a direct violation of condition number 31.

On April 17, 2019, the conditions of pretrial release supervision were reviewed with Mr. Ledford. He acknowledged an understanding of his conditions, which included release condition number 31.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: November 21, 2019 |
| by | s/Jonathan C. Bot |
|  | Jonathan C. Bot<br>U.S. Pretrial Services Officer |

**PS-8**
**Re: Ledford, Jaydin**
**November 21, 2019**
**Page 2**

THE COURT ORDERS

[ X ]    No Action
[   ]    The Issuance of a Warrant
[   ]    The Issuance of a Summons
[   ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[   ]    Defendant to appear before the Judge assigned to the case.
[   ]    Defendant to appear before the Magistrate Judge.
[   ]    Other

_____
Signature of Judicial Officer

_____November 22, 2019_____
Date