1

2

3

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 23, 2020

SEAN F. McAVOY, CLERK

4

5          UNITED STATES DISTRICT COURT

6          EASTERN DISTRICT OF WASHINGTON

7    UNITED STATES OF AMERICA,

8                           Plaintiff,              NO:  2:19-CR-049-RMP-1

          v.
9                                                   ORDER GRANTING DEFENDANT'S
     JAYDIN LEDFORD, aka Jaydin                     MOTION TO CONTINUE PRETRIAL
10   Harvey Wesley Ledord,                          CONFERENCE

11                          Defendant.

12

13        Before the Court is Defendant Jaydin Ledford's Motion to Continue Pretrial

14   Conference and accompanying Motion to Expedite Hearing of the same.  ECF Nos.

15   52 and 53.  Defendant moves to continue the pretrial conference by approximately

16   one week to allow him to receive transportation from Omak to Spokane,

17   Washington, for the pretrial conference.  ECF No. 52 at 2.  The Government does

18   not object to a continuance of the pretrial conference.  *Id.*

19        Defendant previously executed a Speedy Trial Waiver that extends until the

20   March 2, 2020, trial date.  ECF Nos. 48 and 49.

21   ///

ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE PRETRIAL
CONFERENCE ~ 1

1     Accordingly, **IT IS HEREBY ORDERED**:

2     1.    Defendant's Motion to Continue Pretrial Conference, **ECF No. 52**, and

3 accompanying Motion to Expedite Hearing of the same, **ECF No. 53**, are

4 **GRANTED**.

5     2.    The current pretrial conference on February 13, 2020 is **STRICKEN** and

6 **RESET** for **Tuesday, February 18, 2020, at 3:00 p.m. in Spokane**.

7     3.    All other deadlines and hearings set forth in the Pretrial Order and Order

8 Memorializing the Court's Oral Rulings, ECF No. 49, remain intact.

9     **IT IS SO ORDERED**.  The District Court Clerk is directed to file this Order

10 and provide copies to counsel.

11     **DATED** January 23, 2020.

12

13                    _s/ Rosanna Malouf Peterson_
                    ROSANNA MALOUF PETERSON
14                    United States District Judge

15

16

17

18

19

20

21

ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE PRETRIAL
CONFERENCE ~ 2