## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, -vs- JAYDIN LEDFORD, Defendant. | Case No.  2:19-CR-049-RMP-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:  FEBRUARY 18, 2020<br><br>LOCATION:  SPOKANE<br><br>**CHANGE OF PLEA HEARING** |

| HON. ROSANNA MALOUF-PETERSON | | | |
|---|---|---|---|
| Michelle Fox | 02 | | Crystal Hicks |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Patrick Cashman | | Andrea George | |
| **Government Counsel** | | **Defense Counsel** | |
| **United States Probation Officer:**   Danyelle Storms | | | |

[ X ]  Open Court          [  ]  Chambers          [  ]  Telecon

Defendant present with counsel and out of custody of the US Marshal.

<u>Plea agreement signed and filed</u>

Oath administered to defendant. Court speaks to defendant about Indictment. Advises defendant of his constitutional rights.

Court is concerned with language in plea agreement.
  A. George responds.
  Court will not accept the plea agreement at this time since it is an 11(c)(1)(C) plea agreement but will proceed with the plea.

Factual basis and elements presented by P. Cashman.

Court outlines the agreements for plea and sentencing guidelines.

Defendant pleads guilty to Count 2 of the Indictment.

[ X ]  **ORDER FORTHCOMING**

| CONVENED:  3:00 P.M. | ADJOURNED: 3:25 P.M. | TIME:  25 MIN. | CALENDARED     [ X ] |
|---|---|---|---|

*USA  -vs-  Ledford*  
2:19-CR-049-RMP-1  
Change of Plea Hearing

February 18, 2020  
Page 2

Court not accepting the plea agreement until the presentence report is completed.  
The Court accepts the plea of guilty.  
Court finds the plea to be knowing, intelligent, voluntary and defendant's own.  
Order accepting guilty plea to the Indictment will be signed and filed.  
Any pending motions are denied as moot.  
Sentencing Date:  May 5, 2020 at 2:30 pm