FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 18, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>JAYDIN LEDFORD, also known as Jaydin Harvey Wesley Ledford,<br><br>　　　　　　　Defendant. | NO: 2:19-CR-49-RMP-1<br><br>ORDER ACCEPTING GUILTY PLEA |

On February 18, 2020, Defendant Jaydin Ledford, who is not in custody of the U.S. Marshal, appeared before the Court represented by Federal Defender Andrea K. George. Assistant United States Attorney Patrick J. Cashman appeared for the Government. Defendant entered a plea of guilty to Count 2 of the Indictment, ECF No. 18, filed on March 5, 2019, charging Defendant with Threats in Interstate Communications in violation of 18 U.S.C. § 875(c).

The Court finds that Defendant's plea of guilty to Count 2 the Indictment is voluntary and not induced by fear, coercion, or ignorance. The Court further finds that this plea is given with knowledge of the charged crime, the essential elements of

ORDER ACCEPTING GUILTY PLEA ~ 1

the charged crime, the Government's evidence of the charged crime, the consequences of a guilty plea, and that the facts admitted to by Defendant in open court constitute the essential elements of the charged crime.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's plea of guilty is accepted.

2. All pending pretrial motions, if any, are **DENIED AS MOOT**.

3. All previously set court dates, including the trial date, are **STRICKEN**.

**IT IS SO ORDERED**.  The District Court Clerk is hereby directed to enter this order and provide copies to counsel.

**DATED** February 18, 2020.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER ACCEPTING GUILTY PLEA ~ 2