# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 18, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Ledford, Jaydin | Docket No. | 0980 2:19CR00049-RMP-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jaydin Ledford, who was placed under pretrial release supervision by the Honorable John T. Rodgers, U.S. Magistrate Judge, sitting in the Court at Spokane, Washington, on April the 15, 2019, under the following conditions:

**Condition 1:** Defendant shall not commit any offense in violation of federal, state, or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned manner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** On June 17, 2020, Mr. Ledford committed the offense of third degree malicious mischief-domestic violence, a direct violation of release condition number 1.

On April 17, 2019, the conditions of pretrial release supervision were reviewed with Mr. Ledford.  He acknowledged an understanding of his conditions, which included release condition number 1.

On June 17, 2020, per Omak Police Department (OPD) report K20-1938, OPD officers responded to a domestic dispute at Mr. Ledford's residence.  Mr. Ledford's roommate/mother called law enforcement as Mr. Ledford was highly intoxicated and breaking things at her residence.  Mr. Ledford's mother informed OPD that Mr. Ledford attempted to break a mirror on the top of her head and she was afraid of him.  When Mr. Ledford was arrested, he informed the arresting officers that he was highly intoxicated and became angry at his mother as she would not read him the wikilink he wanted her to.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   June 18, 2020 |
| by | s/Jonathan C. Bot |
|  | Jonathan C. Bot<br>U.S. Pretrial Services Officer |

Re: Ledford,, Jaydin
June 18, 2020
Page 2

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

6/18/2020
_____
Date