William D. Hyslop
United States Attorney
Eastern District of Washington
Patrick J. Cashman
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAYDIN LEDFORD,<br><br>Defendant. | 2:19-CR-00049-RMP-1<br><br>Government's Recommendation on Sentencing |

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Patrick J. Cashman, Assistant United States Attorney for the Eastern District of Washington, submits the following sentencing memorandum:

I.   Base Offense Level and Enhancements

The United States concurs with the United States Probation Office's calculation of a base offense level of 12, pursuant to USSG §2A6.1(a). The Government further agrees the base offense level is increased by six (6) levels because Sheriff Knezovich is a government officer or employee. USSG §3A1.2(b)

The Government agrees that the offense level should be decreased by 3 levels for the Defendant's timely acceptance of responsibility. The Defendant therefore has an adjusted offense level of 15. The Criminal History Category as calculated by the United States Probation Office (USPO), which the United States agrees, is I. The

Government's Sentencing Memorandum- 1

Defendant therefore has a sentence range of 18 to 24 months. However, pursuant to the Fed. R. Crim. P. 11(c)(1)(C) plea agreement[1], and in the consideration of the facts and circumstances of this case and the 18 U.S.C. § 3553(a) factors, a sentence below the advisory guideline range is appropriate and no greater than necessary to meet the principles of federal sentencing.

## II.   18 U.S.C. § 3553(a) Factors

In considering the 18 U.S.C. § 3553(a) factors, the Government requests the Court accept the terms of the Fed. R. Crim. P. 11(c)(1)(C) plea agreement and sentence the Defendant to a five (5) year term of probation. Such a sentence is "reasonable" under the facts and circumstances of this case and would not be greater than necessary to promote the purpose and policy of the Federal Sentencing Act, 18 U.S.C. § 3553(a).

In fashioning the Plea Agreement, the Government weighed the nature and circumstances of this case against the characteristics and lack of criminal history of the Defendant. The Government submits the threats made by the Defendant are egregious and caused significant alarm. This commentary taken as a whole produces a very alarming image that warrants serious attention.

However, when weighing the facts and circumstances of this case against the characteristics and lack of criminal history of the Defendant, a different approach from requesting imposition of a prison sentence appears more appropriate. As a result of weighing these factors, as well as consultation with the victim, the parties reached a resolution that satisfies the interests of the Government as well as assisting in the needs of the Defendant as detailed in the Pre-Sentence Investigation Report ("PSIR")[2]. ECF No. 63.

---

[1] ECF No. 58.

[2] ECF No .63.

Government's Sentencing Memorandum- 2

III. <u>Conclusion</u>

Accordingly, the Government submits a sentence of 5 year term of probation is justified under 18 U.S.C. § 3553(a) and believes that it is an appropriate and reasonable sentence.

DATED: September 2, 2020.

          William D. Hyslop
          United States Attorney

          *s/ Patrick J. Cashman*
          Patrick J. Cashman
          Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

    Andrea George:  andrea_george@fd.org

               *s/ Patrick J. Cashman*
                Patrick J. Cashman
                Assistant United States Attorney

Government's Sentencing Memorandum- 4