

Andrea K. George
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for Jaydin Ledford

# United States District Court
## Eastern district of Washington

| | |
|---|---|
| United States,<br><br>                    Plaintiff,<br><br>     v.<br><br>Jaydin Ledford,<br><br>                    Defendant. | No. 2:19-CR-049-RMP<br><br><br>**Motion to Continue Sentencing Hearing** |

## I.   Basis for Motion to Continue

Jaydin Ledford, through counsel, Andrea K. George, for the Federal Defenders of Eastern Washington and Idaho, moves this Court to continue the videoconference sentencing hearing scheduled for September 9, 2020.   Mr. Ledford asks for a two- week continuance.

Mr. Ledford resides in Omak, Washington.  He was going to drive down with his mother tomorrow morning.  Unfortunately, fires are raging around Omak.  Julia Ledford was unable to fill her gas tank as the gas pumps were not working.  They cannot do the hearing from Omak as their Wifi is very spotty because of the fires.  In addition, counsel believes it imperative that she is with Mr. Ledford at the sentencing hearing.

## II.   Conclusion

For the reasons stated above, Mr. Ledford respectfully moves the Court to continue the sentencing hearing for two weeks.  AUSA Cashman does not oppose this motion.

1    Dated:  September 8, 2020

        Federal Defenders of Eastern Washington & Idaho

2

3        *s/Andrea K. George*

4        Andrea K. George, MN 202125
         10 North Post Street, Suite 700
5        Spokane, Washington 99201
         t: (509) 624-7606
6        f: (509) 747-3539
         andrea_george@fd.org

7

8

                        SERVICE CERTIFICATE

9        I certify that on September 8, 2020, I electronically filed the foregoing with

10   the Clerk of the Court using the CM/ECF System, which will notify Assistant

11   United States Attorneys:  Patrick Cashman.

12        *s/Andrea K. George*

13        Andrea K. George, MN 202125
         10 North Post Street, Suite 700
14       Spokane, Washington 99201
         t: (509) 624-7606
15       f: (509) 747-3539
         Andrea_George@fd.org

16

17

18

19