PROB 12A
(6/16)

# United States District Court

### for the

### Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2021

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Jaydin Ledford | Case Number: 0980 2:19CR00049-RMP-1 |
| Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge | |
| Date of Original Sentence: September 23, 2020 | Type of Supervision: Probation |
| Original Offense: Threats in Interstate Communications, 18 U.S.C. § 875(c) | Date Supervision Commenced: September 23, 2020 |
| Original Sentence: Probation - 60 months | Date Supervision Expires: September 22, 2025 |

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1    **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: It is alleged, Mr. Ledford violated the terms of his probation by using marijuana on or about January 21, 2021, a direct violation of mandatory condition number 2.

Mr. Ledford's conditions of probation were reviewed with him on October 5, 2020, and he acknowledged an understanding of the terms and conditions of his probation.

On January 26, 2021, the undersigned and another U.S. probation officer contacted Mr. Ledford at his residence. The undersigned informed Mr. Ledford that a urinalysis was to be collected, and it was at that time he admitted to the undersigned, and via a signed document, that he last used marijuana on January 21, 2021. Mr. Ledford's urinalysis also tested presumptive positive for marijuana.

**U.S. Probation Officer Action**:

On January 26, 2021, after admitting to marijuana use, Mr. Ledford was commended for his honesty and counseled for his behavior. Initially, Mr. Ledford opined on his pro-marijuana beliefs, specifically how it helps with him sleeping and dealing with the physical pain associated with his thoracic scoliosis. The undersigned showed empathy toward Mr. Ledford's noted ailments, but again reviewed his judgment with him, specifically mandatory condition number 2 and special condition number 11, both of which state that he is prohibited from using controlled substances, such as marijuana.

While on pretrial release and since commencing his term of probation on September 22, 2020, Mr. Ledford has been participating in mental health counseling, which he has reported has been a positive experience. The undersigned

Prob12A
**Re: Ledford, Jaydin**
**March 9, 2021**
Page 2

highly encouraged Mr. Ledford to broach his admitted marijuana use and specifically alternatives to address his aforementioned ailments in a healthy manner which will keep him in compliance with the terms and conditions of his probation. Furthermore, the undersigned encouraged Mr. Ledford to reach out to his assigned social worker with the federal defender's office in respect to his admitted marijuana use in which the undersigned has confirmed they have communicated and are also working on some constructive ways to address his aforementioned ailments.

The undersigned officer is maintaining weekly contact with Mr. Ledford to review the Court's expectations. Mr. Ledford has identified outcomes resulting from any similar continued behavior as possible loss of freedom, loss of housing, disappointing family, and overall feeling poorly about the situation and himself. The undersigned did reinforce Mr. Ledford's successes on probation thus far such as communicating appropriately with the undersigned, maintaining appropriate housing, and improving his relationship with his family.

It is the hope of the undersigned that the correctional and controlling strategies imposed will afford Mr. Ledford the tools and structure needed to gain and achieve sustained remission. It should be noted, that the client's behavior as outlined herein would constitute his first alleged violation since his inception on probation.

Please advise the undersigned officer if Your Honor requires a different course of action or an appearance before the Court by Mr. Ledford.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed On: | March 9, 2021 |
|---|---|
| | s/Jonathan C. Bot |
| | Jonathan C. Bot<br>U.S. Probation Officer<br>Date: March 9, 2021 |

[X]  Court Concurs with Officer Action
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

Signature of Judicial Officer

3/10/2021
Date