PROB 12C
(6/16)

Report Date: July 12, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jaydin Ledford | Case Number: 0980 2:19CR00049-RMP-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Omak, Washington 98841 | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: September 23, 2020

| | | |
|---|---|---|
| Original Offense: | Threats in Interstate Communications, 18 U.S.C. § 875(c) | |
| Original Sentence: | Probation - 60 Months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Patrick Cashman | Date Supervision Commenced: September 23, 2020 |
| Defense Attorney: | Andrea George | Date Supervision Expires: September 22, 2025 |

## PETITIONING THE COURT

To issue a warrant.

On September 25, 2020, the conditions of Mr. Ledford's probation were reviewed with him and he indicated he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Ledford violated the conditions of his supervised release by committing the crimes of felony-harassment-threats to kill law enforcement officer and misdemeanor assault in the fourth degree.<br><br>Specifically, on July 6, 2023, at approximately 2 a.m., per Omak Police Department (OPD) report K23-2703, OPD officers responded to an apartment complex where it was alleged a female was assaulted by her neighbor later to be identified as Mr. Ledford. The alleged female victim informed OPD officers that Mr. Ledford walked by her and became angry and started yelling at her and came at her while she was walking away from him. Thereafter she stated that Mr. Ledford grabbed her by the wrists and tried pushing her to the ground. The OPD officers observed red scratches approximately 2 inches long on her left shoulder as well as scratches on her wrist where she was grabbed. The injuries were photographed and submitted for evidence and the female stated she wanted to press charges against Mr. Ledford. |

Prob12C
Re: Ledford, Jaydin
July 12, 2023
Page 2

        The OPD officers then made contact with Mr. Ledford who was sitting outside his apartment. The OPD officers noted Mr. Ledford immediately became enraged by their presence and he informed one of the OPD officers that he knew personal information about him including his first name, who his pastor was, and who a good friend of his was. The OPD officer noted he did not recall having any past contacts with Mr. Ledford and that he was uncertain as to how he knew this personal information. Mr. Ledford remained uncooperative with the OPD officers requests and he was ultimately detained and arrested for the aforementioned assault and was going to be taking to the Okanogan County Jail (OCJ). While en-route to the OCJ Mr. Ledford continuously insulted the OPD officer and made a comment of "yep yep yep, I'm going to kill you". The OPD officer noted that due to Mr. Ledford's violent behavior, history of threatening to kill, and insight of his personal life, he took Mr. Ledford's threat very seriously and that he had reasonable fear for his life. Mr. Ledford was thus booked on the charges of felony-harassment-threats to kill law enforcement officer and misdemeanor assault in the fourth degree. On July 7, 2023, Mr. Ledford was released from jail on his own recognizance.

2        **Special Condition # 12**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence**: It is alleged that Mr. Ledford violated the conditions of his supervised release by consuming alcohol on or about July 6, 2023.

        On July 10, 2023, Mr. Ledford admitted to this officer that he consumed alcoholic beverages on or about July 6, 2023. It should also be noted that per Omak Police Department (OPD) report K23-2703, Mr. Ledford also admitted to an OPD officer that he consumed alcohol on or about July 6, 2023.

3        **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

        **Supporting Evidence**: It is alleged that Mr. Ledford violated the conditions of his supervised release by using marijuana on or about July 5, 2023.

        On July 10, 2023, Mr. Ledford admitted to this officer that he last used marijuana on or about July 5, 2023.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/12/2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
Re: Ledford, Jaydin
July 12, 2023
Page 3

THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

7/12/2023

Date