# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br>-vs-<br><br>JAYDIN LEDFORD,<br><br>                          Defendant. | Case No.     2:19-CR-049-SAB-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:     JUNE 14, 2024<br><br>LOCATION:   SPOKANE, WA<br><br>**PROBATION REVOCATION HEARING** |

**CHIEF JUDGE STANLEY A. BASTIAN**

| Michelle Fox | 02 | | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Patrick Cashman | | Lorinda Youngcourt – By VIDEO | |
| **Government Counsel** | | **Defense Counsel** | |
| **United States Probation Officer:** Jonathan Bot |||| 

[ X ] Open Court          [   ] Chambers          [ X ] Telecon/Video

Defendant present and out of custody of the U.S. Marshal. Defendant appeared by VIDEO with counsel.

Court has reviewed the documents. Court indicates there are 4 violations. Court asks counsel how are the parties proceeding?

L. Youngcourt indicates defendant will admit violations 1-4 but asking to update violation 1 to remove any felony.

Court asks if this follows client to put him at risk. Why should it be removed? Court summarizes the report and conditions.
      L. Youngcourt responds and based on the understanding, the defense will proceed.

Court confirms with defendant that he is ready to admit to the violations.
      Defendant indicates yes.

**[ X ] ORDER FORTHCOMING**

| **Convened:** 8:30 a.m. | **Adjourned:** 8:47 a.m. | **Time:** 17 min. | **Calendared** [ X ] |
|---|---|---|---|

USA -vs- J. Ledford  
2:21-CR-041-SAB-1  
Probation Revocation Hearing

June 14, 2024  
Page 2

Court confirms defendant's correct name.
    Defendant confirms it is correct.

Court asks defendant if he agrees and stipulates that the Court can review and rely on the evidence in the petitions in deciding whether he is in violation of supervised release. Court outlines the penalties and sentencing guidelines.
    Defendant indicates yes.

Court outlines violation 1.
    Defendant admits violation 1.

Court outlines violation 2.
    Defendant admits violation 2.

Court outlines violation 3.
    Defendant admits violation 3.

Court outlines violation 4.
    Defendant admits violation 4.

Court finds that based on the evidence in the petition and the defendant's admissions, the Court finds that defendant is in violation of supervised release and find violations 1 through 4 have been committed. Court understands the summary in Violation 1 however he pled to a different charge at the State level.

P. Cashman wanted to inform the Court that this is a Probation Revocation Hearing. P. Cashman summarizes the guidelines now that the State case was charged differently. P. Cashman presents argument and outlines recommendations.

L. Youngcourt presents argument and outlines recommendations.

Court addresses defendant.

Defendant speaks to the Court.

Court speaks to the defendant. Court sentences defendant. No sanction. Probation will remain as set. Defendant shall abide by all the conditions previously ordered.

Right to appeal administered.