FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 17, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JAYDIN LEDFORD,<br><br>　　　　　　　　Defendant. | No. 2:19-CR-00049-SAB-1<br><br>**ORDER RE: SUPERVISED RELEASE VIOLATION HEARING** |

　　　A supervised release revocation hearing in the above-captioned case was held on June 14, 2024 in Spokane, Washington. The Government was represented by Patrick Cashman. Defendant was present, out-of-custody, and represented by Lorinda Youngcourt. Both Defendant and defense counsel appeared by videoconference.

　　　At the hearing, Defendant admitted to Violation Nos. 1 – 4 and the Court found those violations committed. The Court sanctioned Defendant to credit for time served and continued Defendant on his current term of supervised release. This Order memorializes the Court's oral rulings.

//

//

//

**ORDER RE: SUPERVISED RELEASE VIOLATION HEARING #** 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Violation Nos. 1 – 4 are **COMMITTED**.
2. The Court sanctioned Defendant to credit for time served.
3. Defendant remains on his current term of supervised release.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel, and U.S. Probation.

**DATED** this 17th day of June 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER RE: SUPERVISED RELEASE VIOLATION HEARING # 2**